IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) ) | Case No. 5 : 16 CR 217 |
| v. | ) ) | Judge JUDGE POLSTER |
| JAMES CORTELYOU, | ) ) | Title 18, Sections 2251(a) and (e), 2252(a)(2), and 2423(b), United States |
| Defendant. | ) | Code |

## COUNT 1

The Grand Jury charges:

From on or about April 25, 2015, through on or about April 26, 2015, in the Northern District of Ohio, Eastern Division, the defendant, JAMES CORTELYOU, did use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign

commerce and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

The Grand Jury further charges:

On or about April 26, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, JAMES CORTELYOU, did knowingly distribute in interstate and foreign commerce, by computer, numerous computer files, which files contained at least one visual depiction of a real minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3

The Grand Jury further charges:

From on or about April 25, 2015, through on or about April 26, 2015, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, JAMES CORTELYOU, did knowingly travel in interstate commerce, from the State of New Jersey to the State of Ohio, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with a fourteen (14) year-old female minor, whose identity is known to the grand jury, in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL.

Original Document — Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.